**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                    CASE NO.: 3:14-CV-556-J-34-PDB

          Plaintiff,

vs.

SHAWN ANDRADE.

          Defendant.
_____/

### SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, SHAWN ANDRADE (the "Defendant"), through his undersigned attorney, and would show the Court:

1. He has filed a petition for relief under Title 13, United States Code, in the United States Bankruptcy Court for the Middle District of Florida, which bears the case number 3:14-bk-03497 (the "Bankruptcy Case").

2. Relief was ordered on the 21st day of July in the year 2014.

3. This action is founded on a claim from which a discharge would be a released or that seeks to impose a charge on the property of the estate created upon the filing of the Bankruptcy Case.

4. **This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.**

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

          **MEARKLE|TRUEBLOOD|ADAM, P.L.**

          __/s/ Thomas C. Adam_____
          Thomas C. Adam
          Florida Bar Number: 648711
          218 North Broad Street
          Jacksonville, Florida 32202
          Telephone: (904) 351-1342
          Fax: (904) 800-1058
          TAdam@mtalawyers.com

## Certificate of Service,

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by United States mail and e-mail to counsel for the Plaintiff, Steven M. Davis, Becker & Poliakoff, P.A., (sdavis@becker-poliakoff.com) 121 Alhambra Plaza, Coral Gables, Florida 33134 on this 21st day of July, 2014.

                                        */s/ Thomas C. Adam*
                                        Attorney

## Open New Bankruptcy Case

### U.S. Bankruptcy Court

### Middle District of Florida

Notice of Bankruptcy Case Filing

The following transaction was received from Thomas C Adam entered on 7/21/2014 at 8:49 AM EDT and filed on 7/21/2014
**Case Name:** Shawn M Andrade
**Case Number:** 3:14-bk-03497
**Document Number:** 1

**Docket Text:**
Voluntary Petition under Chapter 13. (Verify Fee). Schedules and Statements Not Filed. *Statement of Financial Affairs Not Filed. Disclosure of Compensation Not Filed or Not Required. Statement of Monthly Income and Disposable Income Calculation Not Filed.* Filed by Thomas C Adam on behalf of Shawn M Andrade. (Adam, Thomas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\ECF\Andrade, Shawn M\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=7/21/2014] [FileNumber=62690479-0] [18dca544e61553da4cd2548dd0da0bd9e34c1f1660ab0fd62719a220fd50f00530 d67a30e024de6acfdef498e9f1969c1b701f30f45e1e959624b37b4301ae22]]

**3:14-bk-03497 Notice will be electronically mailed to:**

Thomas C Adam on behalf of Debtor Shawn M Andrade
tadam@mtalawyers.com,
lpotter@mtalawyers.com;jgroot@mtalawyers.com;lweeden@mtalawyers.com;bmearkle@mtalawyers.com

Douglas W. Neway
court@ch13jaxfl.com, courtdailysummary@ch13jaxfl.com;mbrown@ch13jaxfl.com

United States Trustee - JAX 13/7, 7
USTP.Region21.OR.ECF@usdoj.gov

**3:14-bk-03497 Notice will not be electronically mailed to:**