**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                 Case No. 3:14-cv-556-J-34PDB

SHAWN ANDRADE,

        Defendant.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Suggestion of Bankruptcy (Dkt. No. 11; Suggestion) filed on July 21, 2014. Defendant Shawn Andrade filed a Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Middle District of Florida. See Suggestion at 1. Generally, a bankruptcy petition operates as a stay of all judicial proceedings against the debtor. See 11 U.S.C. § 362(a). The stay continues until the debtor's debts are discharged, the stay is lifted, or the bankruptcy case is closed or dismissed. See 11 U.S.C. § 362(c).

Accordingly, it is

**ORDERED**:

1.     This case is hereby **STAYED**.

2.     The Clerk of Court is directed to terminate all pending motions and deadlines and administratively close the file pending notification from the parties that the case is due to be reopened or dismissed.

3. The parties are directed to file a status report with this Court on **October 21, 2014**, and every **90 days thereafter**, advising the Court of the status of the bankruptcy proceedings.

4. Plaintiff may seek to lift the stay upon proper motion at the conclusion of the bankruptcy proceedings if they do not resolve this suit.  If the bankruptcy proceedings resolve this suit, Plaintiff shall promptly move to dismiss this action.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of July, 2014.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
Counsel of Record