UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:14-CV-556-J-34PDB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN ANDRADE,

    Defendant.

_____/

## STATUS REPORT

In compliance with this Court's Order requiring the parties to file a Status Report of Bankruptcy Court, Plaintiff files its status report and states as follows:

1. On July 23, 2014, this Court entered an Order requiring the parties to file a Status Report of the bankruptcy proceedings by October 21, 2014, and every 90 days thereafter.

2. On June 15, 2016, the Trustee filed a Motion to Dismiss Case for Failure to Provide Annual Tax Returns. On this same day the Court filed an Order Compelling Debtor to provide Annual Tax Return with in fifteen (15) days of the date of the Order.

4. On June 16, 2016, the Trustee filed a Proof of Service of the Order Compelling Debtor to Provide Annual Tax Returns.

3. Plaintiff has reviewed the docket and as of July 5, 2016, the bankruptcy status is still pending.

Dated: July 13, 2016
Miami, Florida

Respectfully submitted,

/Steven M. Davis/
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Regular U.S. Mail to Shawn Andrade, 60 Langdon Drive, Palm Coast, Fl 32137, on this 13 day of July, 2016.

/Steven M. Davis/
Steven M. Davis, Esq.

ACTIVE: 8370155_1

2
LAW OFFICES
BECKER & POLIAKOFF, P.A. • 121 ALHAMBRA PLAZA, 10TH FLOOR • CORAL GABLES, FL  33134
TELEPHONE (305) 262-4433