UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:14-cv-556-J-34PDB

SHAWN ANDRADE

## MOTION TO REOPEN CASE

Pursuant to this Court's Order (Doc. 12), the United States of America respectfully requests the Court to reopen this case. In accordance with Local Rule 3.01(g), counsel for the United States has made several attempts to contact Shawn Andrade. The undersigned AUSA has called Shawn Andrade at three different telephone numbers on five separate occasions and left a voicemail message when possible.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
Florida Bar No. 112974
400 N. Tampa St., Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6065
Facsimile: (813) 301-3103
E-Mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 29, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and I mailed foregoing document with the notice of electronic filing by first-class mail to:

Shawn Andrade
4724 E. Catbrier Court
Saint Johns, FL 32259

Shawn Andrade
60 Langdon Drive
Palm Coast, FL 32137

*s/ Jillian M. Jewell*
Assistant United States Attorney