**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No.   3:14-cv-556-J-34PDB

SHAWN ANDRADE,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Reopen Case (Dkt. No. 41; Motion) filed on November 29, 2019. In the Motion, the United States of America requests that the Court reopen this case. See Motion at 1. According to the United States, Defendant's bankruptcy case has concluded and his student loan debt was not discharged. See Status Report (Dkt. No. 40). Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion to Reopen Case (Dkt. No. 41) is **GRANTED**.

2. The Clerk of the Court is directed to reopen this case.

3. Plaintiff shall have up to and including **January 17, 2020**, to file a Renewed Motion for Summary Judgment.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of December, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party